**Dismissed and Opinion Filed February 20, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00698-CV

**PATRICIA STUCKENBERG, Appellant**
**V.**
**SHERMAN HOUSING AUTHORITY, Appellee**

**On Appeal from the County Court at Law No. 1**
**Grayson County, Texas**
**Trial Court Cause No. 2016-1-083CV**

# MEMORANDUM OPINION

Before Chief Justice Wright, Justice Evans, and Justice Brown
Opinion by Chief Justice Wright

Appellant's brief is overdue. By postcard dated January 25, 2018, we notified appellant the time for filing her brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an extension motion or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* T<small>EX</small>. R. A<small>PP</small>. P. 38.8(a)(1**)**; 42.3(b), (c).


 

/Carolyn Wright/
_____
CAROLYN WRIGHT
CHIEF JUSTICE


170698F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

PATRICIA STUCKENBERG, Appellant

No. 05-17-00698-CV     V.

SHERMAN HOUSING AUTHORITY,
Appellee

On Appeal from the County Court at Law
No. 1, Grayson County, Texas
Trial Court Cause No. 2016-1-083CV.
Opinion delivered by Chief Justice Wright.
Justices Evans and Brown participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee SHERMAN HOUSING AUTHORITY recover its costs of this appeal from appellant PATRICIA STUCKENBERG.

Judgment entered this February 20, 2018.